QUIN DENVIR, Bar #49374
Federal Defender
Melody M. Walcott, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ROSALIO SANCHEZ-MIRANDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:05-cr-0354 AWI |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER THEREON |
| v. | ) ) | Date: December 19, 2005 |
| ROSALIO SANCHEZ-MIRANDA, | ) ) | Time: 9:00 a.m. Judge: Hon. Anthony W. Ishii |
| Defendant. | ) ) ) | |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference scheduled in the above captioned matter for November 28, 2005, may be continued to **December 19, 2005 at 9:00 a.m.**

The grounds for the continuance are further defense preparation and plea negotiations.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of

///
///
///
///
///
///
///

justice herein for effective defense preparation pursuant to 18 U.S.C. §3161(h)(8)(A).

McGREGOR M. SCOTT
United States Attorney

DATED: November 23, 2005

/s/ Marianne Pansa
MARIANNE PANSA
Assistant U.S. Attorney
Attorney for Plaintiff


QUIN DENVIR
Federal Defender


DATED: November 23, 2005

/s/ Melody M. Walcott
MELODY M. WALCOTT
Assistant Federal Defender
Attorney for Defendant


**ORDER**

    IT IS SO ORDERED.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A).

IT IS SO ORDERED.

**Dated:   November 29, 2005**             /s/ **Anthony W. Ishii**
0m8i78                                             UNITED STATES DISTRICT JUDGE