DENNIS S. WAKS, #142581
Acting Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ROSALIO SANCHEZ-MIRANDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:05-cr-00354 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v. | ) | |
| ROSALIO SANCHEZ-MIRANDA, | ) | Date: February 21, 2006 |
| Defendant. | ) | Time: 9:00 A.M. |
| | ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now scheduled for January 30, 2006, **may be continued to February 21, 2006 at 9:00 a.m.**

The grounds for the continuance are further defense preparation and plea negotiations.

///

///

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

```
                                              McGREGOR M. SCOTT
                                              United States Attorney

DATED: January 19, 2006            By    /s/ Melody M. Walcott with consent of
                                              Marianne A. Pansa
                                         MARIANNE A. PANSA
                                         Assistant United States Attorney
                                         Attorney for Plaintiff


                                         DENNIS S. WAKS
                                         Acting Federal Defender


DATED: January 19, 2006            By   /s/ Melody M. Walcott
                                         MELODY M. WALCOTT
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         ROSALIO SANCHEZ-MIRANDA
```

## ORDER

IT IS SO ORDERED.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   January 20, 2006**            /s/ Anthony W. Ishii
0m8i78                                   UNITED STATES DISTRICT JUDGE

Stipulation to Continue Statue Conference
Hearing; and [Proposed] Order Thereon            2